IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KESTREL HOLDINGS I, L.L.C.,

      Plaintiff,

v.

LEARJET INC. and BOMBARDIER INC.,

      Defendants.

04-MBD-10068-NG

## CERTIFICATE OF GARY D. JUSTIS, ESQ.

I, Gary D. Justis, Esq., hereby depose and state as follows:

1.     I am an attorney in the law firm Lathrop & Gage, L.C., in Overland Park, Kansas, and am counsel for the Plaintiff, Kestrel Holdings I, L.L.C.

2.     I am admitted to practice in the following jurisdictions: States of Kansas and Missouri; U.S. District Courts for District of Kansas, Western District of Missouri, Northern District of Illinois, and Central District of Illinois; and U.S. Courts of Appeals for the Seventh and Eighth Circuits.

3.     I am a member in good standing in every jurisdiction where I have been admitted to practice.

4.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.     I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. SIGNED THIS *18th* DAY OF MARCH, 2004.

_____

Gary D. Justis