**EXHIBIT A**

**PLAINTIFF'S FEES AND EXPENSES RELATED TO MOTION TO COMPEL AGAINST THOMAS EAGAR**

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/23/04 | Gary D. Justis | Review Thomas Eagar's objections to subpoena; telephone conferences with David Bunis re: same and logistics and strategy for opening a miscellaneous matter in the District of Massachusetts and filing a motion to compel and memorandum in support of same; meet with Mr. Frye re: drafting of same; legal research re: cases cited by Mr. Eagar in support of his objections. | 250.00 | 2.10 | 525.00 |
| 02/23/04 | David R. Frye | Review and analyze objections to Rule 45 subpoena asserted by Thomas Eagar; meet with Mr. Justis re: same and strategy for motion to compel related to same. | 190.00 | 0.90 | 171.00 |
| 02/23/04 | David A. Bunis | Telephone conferences with Gary Justis re: status and strategy for subpoena response; review response and objections. | 395.00 | 0.80 | 316.00 |
| 02/25/04 | Gary D. Justis | Meet with David Frye re: status of motion to compel from Thomas Eagar and memorandum in support of same; legal research re: same. | 250.00 | 1.50 | 375.00 |
| 02/25/04 | David R. Frye | Continue preparation of motion to compel against Thomas Eagar and memorandum in support of same; legal research re: same; meet with Mr. Justis re: status and strategy for same. | 190.00 | 2.30 | 437.00 |
| 02/25/04 | David A. Bunis | Telephone conference with Gary Justis re: status and strategy; review materials re: expert discovery. | 395.00 | 1.00 | 395.00 |
| 02/26/04 | Gary D. Justis | Review draft motion to compel against Thomas Eagar and memorandum in support of same; legal research re: same; revise same. | 250.00 | 1.50 | 375.00 |
| 03/01/04 | Gary D. Justis | Revise motion to compel discovery from Thomas Eagar and memorandum in support of same for Boston counsel's review; legal research re: same; preparation of exhibits for same; instruct secretary re: marking and scanning of exhibits; draft and revise e-mail message to Boston counsel enclosing and explaining motion, memorandum in support, and exhibits. | 250.00 | 2.80 | 700.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/01/04 | Nicholas J. Walsh | Meetings and e-mails with Mr. Bunis re: filing miscellaneous docket matter in USDC, materials, drafts of motion; print and review materials. | 195.00 | 0.70 | 136.50 |
| 03/02/04 | Gary D. Justis | Telephone conference with Boston counsel re: edits to motion to compel discovery from Thomas Eagar, memorandum in support of same and logistics for pending miscellaneous action in District of Massachusetts and filing of same; revise motion and memorandum in support accordingly. | 250.00 | 1.00 | 250.00 |
| 03/02/04 | Nicholas J. Walsh | Telephone conferences and meeting with Mr. Bunis re: filing miscellaneous docket matter in USDC; edit motion to compel and memorandum in support; research Fed. R. Civ. P. 26; telephone conference with Gary Justis re: same, draft proposed order; arrange for production of exhibits; telephone conference with MDB Clerk at USDC re: filing action, fees; obtain check for filing fee. | 195.00 | 2.50 | 487.50 |
| 03/03/04 | Gary D. Justis | Trade e-mail messages with Boston counsel re: further edits to motion to compel discovery from Thomas Eagar and memorandum in support of same, and logistics and strategy for filing same; analyze same. | 250.00 | 0.40 | 100.00 |
| 03/03/04 | Nicholas J. Walsh | Meeting with Mr. Bunis re: edits to motion and memorandum in support filing miscellaneous docket matter in USDC; e-mails with Gary Justis re: edits to motion and strategy; draft and finalize letter to Clerk; finalize and file motion and memorandum in support in USDC; telephone conference with D. Keefe, Clerk's office re: filing, MBD judge; meeting with Mr. Bunis re: judge; review telephone message from Mr. Bunis re: motion to compel. | 195.00 | 2.00 | 390.00 |
| 03/16/04 | Gary D. Justis | Trade e-mail messages with Boston counsel re: status of motion to compel discovery from Thomas Eagar. | 250.00 | 0.20 | 50.00 |
| 03/16/04 | Nicholas J. Walsh | Meeting with Mr. Bunis re: status; check motion to compel filing date; e-mail to Gary Justis re: status of motion to compel, setting oral argument. | 195.00 | 0.40 | 78.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/17/04 | Gary D. Justis | Review opposition to motion to compel against Thomas Eagar; trade e-mails and telephone conference with Boston counsel re: same, strategy for replying to same, and admission pro hac vice; review and complete documents for admission pro hac vice in District of Massachusetts; e-mail to Boston counsel enclosing same. | 250.00 | 1.40 | 350.00 |
| 03/17/04 | Nicholas J. Walsh | Receive and review opposition to motion to compel, motion for admission pro hac vice; meeting with Mr. Bunis re: opposition; telephone conference, fax and e-mail with Gary Justis re: opposition, strategy, hearing, motion to admit pro hac vice; draft Mr. Justis' certification for admission pro hac vice; e-mail motion and certificate drafts to Mr. Justis. | 195.00 | 1.50 | 292.50 |
| 03/18/04 | Gary D. Justis | Telephone conference with Boston counsel re: status, strategy, admission pro hac vice and service on Thomas Eagar. | 250.00 | 0.20 | 50.00 |
| 03/18/04 | Nicholas J. Walsh | Meetings with Mr. Bunis re: status, progress; request check for USDC admission filing fee; telephone conference and e-mails with Gary Justis re: strategy, service, hearing, motion to admit pro hac vice; finalize and file motion, affidavit of Mr. Justis, filing fee with USDC; assemble and serve motion to compel and supporting documents and motion to admit on Thomas Eagar. | 195.00 | 1.70 | 331.50 |
| 03/23/04 | Gary D. Justis | Telephone message to Boston local counsel re: certain issues raised in Thomas Eagar's objections and opposition to motion to compel. | 250.00 | 0.30 | 75.00 |
| 03/23/04 | Nicholas J. Walsh | Meeting with Mr. Bunis re: hearing date; two telephone calls to USDC clerk re: setting up a hearing; e-mail to Gary Justis re: issue concerning claimed witness fee for subpoena; e-mail to Mr. Bunis re: same; telephone message from Mr. Justis re: same; forward message to Mr. Bunis. | 195.00 | 0.60 | 117.00 |
| 03/24/04 | Gary D. Justis | Telephone message to Boston local counsel re: results from similar Northern District of Illinois hearing and possibility of using results in District of Massachusetts matter. | 250.00 | 0.10 | 25.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/24/2004 | Nicholas J. Walsh | Telephone message from M. Malloy, USDC, re: hearing dates for motion to compel; telephone message from Gary Justis re: results in parallel motion to compel hearing; meeting with Mr. Bunis re: same; draft letter to USDC re: no opposition to motion to admit R. Sprague. | 195.00 | 0.50 | 97.50 |
| 3/25/2004 | Gary D. Justis | Review telephone message from and telephone conversation with Boston counsel re: status, setting a hearing date, and strategy, including informing District of Massachusetts of results from similar hearing. | 250.00 | 0.30 | 75.00 |
| 03/25/04 | Nicholas J. Walsh | Telephone message to Gary Justis re: scheduling status; receive original copy of defendants' filings; telephone conference with Mr. Justis re: update, strategy, scheduling hearing, contact with opposing counsel; telephone conference with R. Edwards re: hearing dates and representation of Thomas Eagar; meeting with Mr. Bunis re: status, summary of conversations. | 195.00 | 0.80 | 156.00 |
| 03/26/04 | Gary D. Justis | Telephone conference with Boston counsel re: hearing date; review e-mail and electronic court notice related to same. | 250.00 | 0.30 | 75.00 |
| 03/26/04 | Nicholas J. Walsh | Telephone call to R. Edwards, left message re: moving forward with a hearing; telephone conference with USDC Clerk re: setting a hearing for motion to compel; telephone conference with Gary Justis re: hearing, update on status; receive and review electronic notice of hearing; forward same to Messrs. Justis and Edwards; meeting with Mr. Bunis re: status of hearing. | 195.00 | 1.00 | 195.00 |
| 03/29/04 | Gary D. Justis | Make travel arrangements for trip to Boston to attend hearing on motion to compel against Mr. Eagar. | 250.00 | 0.30 | 75.00 |
| 04/05/04 | Gary D. Justis | Review opposition to motion to compel filed by Mr. Eagar; compare with prior pleadings; legal research re: points raised and cases cited in same; telephone conference with Boston counsel re: same and strategy for hearing on motion to compel. | 250.00 | 1.70 | 425.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/04 | Nicholas J. Walsh | Review opposition to motion to compel production; meeting with Mr. Bunis re: same; telephone conference with Messrs. Bunis and Justis re: opposition, hearing, strategy, logistics. | 195.00 | 0.60 | 117.00 |
| 04/06/04 | Gary D. Justis | Compile documents for hearing on motion to compel in District of Massachusetts on 4/7/04; review same in preparation of hearing; air travel time from Kansas City to Boston for same. | 250.00 | 6.40 | 1,600.00 |
| 04/06/04 | Nicholas J. Walsh | Draft letter to USDC re: Illinois hearing and decision; meetings with Mr. Bunis re: letter, motion hearing; edit letter; file letter and attachments with USDC; prepare for hearing on motion to compel. | 195.00 | 2.00 | 390.00 |
| 04/07/04 | Gary D. Justis | Meet with Boston counsel in preparation of hearing on motion to compel against Thomas Eagar; attend same; air travel time from Boston to Kansas City. | 250.00 | 7.90 | 1,975.00 |
| 04/07/04 | Nicholas J. Walsh | Meeting with Messrs. Justis and Bunis re: strategy for hearing; research cases cited; attend hearing on motion to compel. | 195.00 | 3.00 | 585.00 |
| | | Fees Subtotal | | | 11,792.50 |
| 02/10/04 | Dwyer & Collora | Subpoena service fee | | | 33.00 |
| 03/02/04 | Dwyer & Collora | Miscellaneous action filing fee | | | 39.00 |
| 03/18/04 | Dwyer & Collora | Gary Justis pro hac vice admission fee | | | 50.00 |
| 03/22/04 | Dwyer & Collora | Pleadings service fee | | | 75.00 |
| various | Dwyer & Collora | Long distance telephone/fax, postage and copying expenses | | | 322.87 |
| various | Lathrop & Gage | Computer research - Westlaw | | | 784.15 |
| 03/29/04 | Gary D. Justis | Airline ticket between Kansas City and Boston | | | 232.40 |
| 04/07/04 | Gary D. Justis | KCI airport parking and transportation costs in Boston | | | 76.00 |
| 04/07/04 | Gary D. Justis | One-night hotel stay in Boston plus two meals | | | 146.61 |
| | | Expenses Subtotal | | | 1,759.03 |
| | | Total | | | 13,551.53 |